

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:25-MJ-00035 |
| v. | |
| ALEJANDRO GOMEZ, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing is set for ___January 17, 2025___, _____, at __1:00__ ☐a.m. / ☒p.m. before the Honorable ___Douglas F. McCormick___, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: ___January 16, 2025___

Douglas F. McCormick

U.S. District Judge/Magistrate Judge